979 So.2d 335 (2008)
Willy ARAGON, Appellant,
v.
BANANA REPUBLIC, LLC and Florida Unemployment Appeals Commission, Appellees.
No. 3D07-1679.
District Court of Appeal of Florida, Third District.
March 19, 2008.
Willy Aragon, in proper person.
John D. Maher, Tallahassee, for appellee Florida Unemployment Appeals Commission.
Before GERSTEN, C.J., and SUAREZ and ROTHENBERG, JJ.
*336 PER CURIAM.
Affirmed. See § 443.151(3)(a), Fla. Stat. (2007); Fla. Admin. Code R. 60BB-5.007; Malary v. Brinker Int'l Payroll, 898 So.2d 1184 (Fla. 3d DCA 2005); Thurman v. Fla. Unemployment Appeals Comm'n, 881 So.2d 89 (Fla. 1st DCA 2004); Suarez v. Unemployment Appeals Comm'n, 871 So.2d 1039 (Fla. 5th DCA 2004).